**N.C. FARM BUREAU MUT. INS. CO. v. AYAZI**

[333 N.C. 534 (1993)]

NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY v. AMIR H. AYAZI, FAROUKH HASHEMI AND NATIONWIDE MUTUAL INSURANCE COMPANY

No. 290PA92

(Filed 8 April 1993)

On writ of certiorari to review an opinion of the Court of Appeals, 106 N.C. App. 475, 417 S.E.2d 81 (1992), affirming a summary judgment in favor of the defendant Amir H. Ayazi, entered by Lamm, J., in the Superior Court, Watauga County, on 21 March 1991. Heard in the Supreme Court 17 March 1993.

*Willardson & Lipscomb, by William F. Lipscomb, for plaintiff appellant.*

*Eggers, Eggers, & Eggers, by Rebecca Eggers-Gryder, for defendant appellee Nationwide Mutual Insurance Company.*

PER CURIAM.

Petition for writ of certiorari improvidently allowed.